In the Matter of the Application of WILLIAM P. McGARRY, Respondent.
CITY OF NEW YORK, Appellant.

Submitted June 19, 1939; decided June 21, 1939.

*Frank Weinstein, Samuel J. Levinson* and *Samuel C. Duberstein* for motion.

*William C. Chanler, Corporation Counsel (John G. Clancy* of counsel), opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.